# United States Court of Appeals for the Fifth Circuit

No. 25-20509
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 9, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ALEX GEOVANNY HERNANDEZ-LOPEZ,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-MJ-615-1

_____

Before CLEMENT, RICHMAN, and WILLETT, *Circuit Judges*.

PER CURIAM:[*]

The district court ordered that Alex Geovanny Hernandez-Lopez be detained pending his trial for illegally reentering the United States. Hernandez-Lopez appealed, asking this court to reverse the district court's order and remand with instructions to release him from pretrial detention. But since Hernandez-Lopez filed his appeal, the district court dismissed the

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-20509

indictment against him without prejudice. The parties have advised that Hernandez-Lopez is no longer in federal criminal custody. Accordingly, "the issues are no longer 'live,' and the parties lack a legally cognizable interest in the outcome." *United States v. O'Shaughnessy*, 772 F.2d 112, 113 (5th Cir. 1985) (per curiam).

Hernandez-Lopez's appeal is DISMISSED as moot.